UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )Criminal No. 04-10299-PBS |
| v. | ) |
| | )VIOLATIONS: |
| 1. Luz LUCIANO, | ) |
|     a/k/a Chila, | )21 U.S.C. §846 - Conspiracy to |
| 2. Daniel AGUILAR, | )Possess with Intent to |
|     a/k/a "Lik" | )Distribute Cocaine |
| 3. Roberto SOLORIO, | ) |
| 4. Ricardo ESTRADA, | )21 U.S.C. § 853 - Criminal |
| 5. Andres MARTINEZ, | )Forfeiture |
|     a/k/a Castro Casimiro, | ) |
|     a/k/a Joel Zequeira, | ) |
| 6. Jose ROSALES, | ) |
|     a/k/a Tony, | ) |
|     a/k/a Tono, | ) |
|     a/k/a Joel Agostini, | ) |
| 7. Valentin MARTINEZ, | ) |
|     a/k/a Valentin RIVERA, | ) |
|     a/k/a "V", | ) |
|     a/k/a Vale, | ) |
| 8. Kelvin MADERA, | ) |
|     a/k/a Manolo LNU, | ) |
|     a/k/a Manuel GERMOSEN, | ) |
| 9. Abdallah HAMDAN, | ) |
| 10. Ricardo MARTINEZ, | ) |
|     a/k/a Chorizo, | ) |
|     a/k/a Chori, | ) |
| 11. Howard GREENBERG, | ) |
| 12. EDGAR HOFFENS, | ) |
|     a/k/a Carlos Colon Rivera, | ) |
|     a/k/a Tigueron, | ) |
| 13. Rogelio GARCIA, | ) |
|     a/k/a Lacuilla, | ) |
| 14. Javier Angel Romero, | ) |
|     a/k/a Ramon ACOSTA, | ) |
| 15. Cristian GERMOSEN, | ) |
| 16. Juan MARTINEZ, | ) |
|     a/k/a Marcelino Cuevas, | ) |
|     a/k/a Chon, | ) |
| 17. Gerardo Vasseur ORTIZ, | ) |
|     a/k/a Scarface, | ) |
| 18. Phillip ASARO, | ) |
| 19. Silvestre LIZARDI, | ) |

2

```
20. Robert RUSCIO,                  )
21. Giovanni AVILA,                 )
        a/k/a Gio,                  )
        a/k/a the Painter,          )
22. Gilberto ZAYAS,                 )
        a/k/a Tony,                 )
23. Luís DEJESUS,                   )
        a/k/a Edgardo,              )
24. Benito GRULLON,                 )
        a/k/a "Quico"               )
```

                    **Defendants.**

### FIRST SUPERSEDING INDICTMENT

**COUNT ONE:**        **(21 United States Code Section 846 - Conspiracy to Possess with Intent to Distribute Cocaine)**

The Grand Jury charges that:

From an unknown date but at least by in or about January 2001 and continuing until on or about May 1, 2004 at Lynn, Danvers, Peabody, Salem, and elsewhere in the District of Massachusetts, at the Bronx and Manhattan in the Southern District of New York, at Mexico, and elsewhere,

```
        1. Luz LUCIANO,
            a/k/a Chila,
        2. Daniel AGUILAR,
            a/k/a "Lik"
        3. Roberto SOLORIO,
        4. Ricardo ESTRADA,
        5. Andres MARTINEZ,
        a/k/a Castro Casimiro,
        a/k/a Joel Zequeira,
        6. Jose ROSALES,
            a/k/a Tony,
            a/k/a Tono,
        a/k/a Joel Agostini,
        7. Valentin MARTINEZ,
        a/k/a Valentin RIVERA,
            a/k/a "V",
```

3

a/k/a Vale,
8. Kelvin MADERA,
a/k/a Manolo LNU,
a/k/a Manuel GERMOSEN,
9. Abdallah HAMDAN,
10. Ricardo MARTINEZ,
a/k/a Chorizo,
a/k/a Chori,
11. Howard GREENBERG,
12. EDGAR HOFFENS,
a/k/a Carlos Colon Rivera,
a/k/a Tigueron,
13. Rogelio GARCIA,
a/k/a Lacuilla,
14. Javier Angel Romero,
a/k/a Ramon ACOSTA,
15. Cristian GERMOSEN,
16. Juan MARTINEZ,
a/k/a Marcelino Cuevas,
a/k/a Chon,
17. Gerardo Vasseur ORTIZ,
a/k/a Scarface,
18. Phillip ASARO,
19. Silvestre LIZARDI,
20. Robert RUSCIO,
21. Giovanni AVILA,
a/k/a Gio,
a/k/a the Painter,
22. Gilberto ZAYAS,
a/k/a Tony,
23. Luis DEJESUS,
a/k/a Edgardo,
24. Benito GRULLON,
a/k/a "Quico"

defendants herein, knowingly and intentionally combined,

conspired, and agreed with each other and with other persons

known and unknown to the Grand Jury, to possess with intent to

distribute and distribute cocaine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Section

841(a)(1).

4

It is further alleged that the conspiracy involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

5

## DRUG FORFEITURE ALLEGATION

### (21 U.S.C. §853 -- Criminal Forfeiture)

The Grand Jury further charges that:

1.    As a result of committing one or more of the offenses
alleged in Count One of this indictment,

1. Luz LUCIANO,
a/k/a Chila,
2. Daniel AGUILAR,
a/k/a "Lik"
3. Roberto SOLORIO,
4. Ricardo ESTRADA,
5. Andres MARTINEZ,
a/k/a Castro Casimiro,
a/k/a Joel Zequeira,
6. Jose ROSALES,
a/k/a Tony,
a/k/a Tono,
a/k/a Joel Agostini,
7. Valentin MARTINEZ,
a/k/a Valentin RIVERA,
a/k/a "V",
a/k/a Vale,
8. Kelvin MADERA,
a/k/a Manolo LNU,
a/k/a Manuel GERMOSEN,
9. Abdallah HAMDAN,
10. Ricardo MARTINEZ,
a/k/a Chorizo,
a/k/a Chori,
11. Howard GREENBERG,
12. EDGAR HOFFENS,
a/k/a Carlos Colon Rivera,
a/k/a Tigueron,
13. Rogelio GARCIA,
a/k/a Lacuilla,
14. Javier Angel Romero,
a/k/a Ramon ACOSTA,
15. Cristian GERMOSEN,
16. Juan MARTINEZ,
a/k/a Marcelino Cuevas,

6

a/k/a Chon,
17. Gerardo Vasseur ORTIZ,
a/k/a Scarface,
18. Phillip ASARO,
19. Silvestre LIZARDI,
20. Robert RUSCIO,
21. Giovanni AVILA,
a/k/a Gio,
a/k/a the Painter,
22. Gilberto ZAYAS,
a/k/a Tony,
23. Luis DEJESUS,
a/k/a Edgardo,
24. Benito GRULLON,
a/k/a "Quico"

defendants herein, shall forfeit to the United States, pursuant to
21 U.S.C. §853: (1) any and all property constituting or derived
from any proceeds the said defendant obtained directly or
indirectly as a result of the charged offense; and (2) any and all
property used or intended to be used in any manner or part to
commit and to facilitate the commission of the offense, including,
but not limited to, the following:

    (a)   $1,150.00 in United States currency, seized from
            Giovanni Enrique Avila on or about May 1, 2004;

    (b)   $19,000.00 in United States currency, seized from
            Giovanni's Auto Body, 892 Washington Street, Lynn,
            Massachusetts, on or about May 1, 2004;

    (c)   a 2000 Freightliner Tractor Classic XL, Vehicle
            Identification No. 1FUPCSEB9YDB42682, and
            California License No. UP20575, registered in the
            name of Ricardo Estrada;

    (d)   $21,042.00 in U.S. Currency, seized from 29 Hardy
            Avenue, Newburyport, Massachusetts, on or about May
            1, 2004;

7

(e)  $1,213.00 in U.S. Currency, seized from Silvester Lizardi, on or about May 1, 2004;

(f)  the real property and buildings located at 892-898 Washington Street, Lynn, Massachusetts, which contains a auto body shop commonly known as "Giovanni's European Auto Body," a/k/a "Giovanni's BMW Auto Body", with a Deed recorded at Book 12349, Page 135, of the Southern Essex County Registry of Deeds;

(g)  $6,000 in U.S. Currency, seized from Judith Collado and Ruth Saldivar on or about May 5, 2004;

(h)  $4,360 in U.S. Currency, seized from Valentin Martinez on or about May 1, 2004; and

(i)  $25,300 in U.S. Currency, seized from Phillip Asaro on or about May 1, 2004.

2.  If any of the above-described forfeitable properties, as a result of any act or omission of the defendants:

(a)  cannot be located upon the exercise of due diligence;

(b)  have been transferred or sold to, or deposited with, a third party;

(c)  have been placed beyond the jurisdiction of the Court;

(d)  have been substantially diminished in value; or

(e)  have been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable properties, including, but not limited to, the following:

8

(1)    the real property located at 88 Windsor Avenue,
       Swampscott, Massachusetts, including all buildings,
       appurtenances, and improvements thereon, with a
       Deed recorded at Book 23089, Page 204, of the
       Southern Essex County Registry of Deeds and Land
       Court Certificate No. 77407; and

(2)    the real property located at 7A Buffum Street,
       Salem, Massachusetts, including all buildings,
       appurtenances, and improvements thereon, with a
       Deed recorded at Book 23089, Page 215, of the
       Southern Essex County Registry of Deeds.

All in violation of Title 21, United States Code, Section 853.

9

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; October 6, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK    2:07

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.**  II          **Investigating Agency**   DEA

**City**  Lynn                        **Related Case Information:**

**County**  Essex                     Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                      Same Defendant    x          New Defendant
                                      Magistrate Judge Case Number
                                      Search Warrant Case Number   04-M-1720-1730
                                      R 20/R 40 from District of

## Defendant Information:

**Defendant Name**   LUZ LUCIANO                    Juvenile:      ☐ Yes    X No

**Alias Name**   "Chila"

**Address**

**Birthdate:** _____ **SS #** _____ **Sex:** FEM  **Race:** Hispanic        **Nationalit** Guatemala

**Defense Counsel if known:**   Michael Bourbeau, Esq.    **Address** 77 Central Street, Boston, MA

**Bar Number**

## U.S. Attorney Information:

**AUSA**  Robert L. Peabody.                    **Bar Number if applicable**   551936

**Interpreter:**   X Yes    No          **List language and/or dialect:**   Spanish

**Matter to be SEALED:**    Yes  X  ▓▓▓▓

        Warrant Requested          ▓▓▓▓▓▓▓▓          In Custody

## Location Status:

Arrest Date       5/01/04

    Already in Federal Custody as of _____ in _____

☐ Already in State Custody at ——————————  ☐ Serving Sentence    ☐ Awaiting Trial

X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood       on

**Charging Document:**     Complaint     ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty _____   ☐ Misdemeanor _____   X Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04          Signature of AUSA:   Robert h. Peabody.

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    <u>LUZ LUCIANO</u>

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-luciano.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __DEA__

**City** __Lynn__      **Related Case Information:**

**County** __Essex__      Superseding Ind./ Inf. __X__    **Case No.** __04-10299 PBS__

Same Defendant __x__    New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number __04-M-1720-1730__

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __DANIEL AGUILAR__      Juvenile: ☐ Yes   X No

Alias Name __"LIK"__

Address _____

Birthdate: _____ SS # _____ Sex: __MALE__ Race: __Hispanic__ Nationalit __Mexican__

**Defense Counsel if known:**    Benjamin Entine, Esq.     Address __77 Franklin Street, Boston, MA__

Bar Number _____      __617-357-0770__

**U.S. Attorney Information:**

AUSA __Robert L. Peabody.__      Bar Number if applicable __551930__

**Interpreter:**   X Yes    No     List language and/or dialect:    __Spanish__

**Matter to be SEALED:**     Yes ▇▇▇▇▇

     Warrant Requested      ☐ Regular Process      X In Custody

**Location Status:**

Arrest Date __5/01/04__

X Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .

☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty _____ ☐ Misdemeanor _____ X Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__      Signature of AUSA: _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    DANIEL AGUILAR _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-augilua.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.**  II            **Investigating Agency**   DEA

**City**   Lynn                      **Related Case Information:**

**County**   Essex                  Superseding Ind./ Inf.    X            Case No.   04-10299 PBS
                                    Same Defendant         x            New Defendant
                                    Magistrate Judge Case Number
                                    Search Warrant Case Number    04-M-1720 to 1730
                                    R 20/R 40 from District of

**Defendant Information:**

Defendant Name    ROBERTO SOLORIO                    Juvenile:    ☐ Yes    X No

Alias Name

Address

Birthdate: _____ SS # _____  Sex:  MALE  Race:  Hispanic            Nationalit  Mexican

**Defense Counsel if known:**    Syrie Fried, Esq.            Address  Federal Defender

Bar Number                                            617-223-8061

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                    Bar Number if applicable    551936

**Interpreter:**    X Yes    No        List language and/or dialect:    Spanish

**Matter to be SEALED:**        Yes ▬▬▬▬

        Warrant Requested        ▬▬▬▬▬▬▬    In Custody

**Location Status:**

Arrest Date        5/01/04

    Already in Federal Custody as of _____ in _____

☐ Already in State Custody at ─────────── ☐ Serving Sentence    ☐ Awaiting Trial

X  On Pretrial Release:    Ordered by:    Mag. Judge Swartwood        on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ X Felony ___1___

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04        Signature of AUSA:    Robert L. Peabody.

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERTO SOLORIO

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**    Category No. __II__    Investigating Agency __DEA__

City __Lynn__    **Related Case Information:**

County __Essex__    Superseding Ind./ Inf. __X__    Case No. __04-10299 PBS__
                     Same Defendant __x__    New Defendant
                     Magistrate Judge Case Number ▮▮▮▮▮▮
                     Search Warrant Case Number __04 M 1720- to 1730, 04-M 1738__
                     R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name __RICARDO ESTRADA__    Juvenile:    ☐ Yes    X No

Alias Name ____

Address ____

Birthdate: ____ SS # ____    Sex: __MALE__ Race: __Hispanic__    Nationalit __Mexican__

**Defense Counsel if known:**    Eliot Weinstein, Esq.    Address __228 Lewis Wharf__

Bar Number ____    __617-367-9334__

**U.S. Attorney Information:**

AUSA __Robert L. Peabody.__    Bar Number if applicable __551936__

**Interpreter:**    X Yes    No    List language and/or dialect:    __Spanish__

**Matter to be SEALED:**    Yes ▮▮▮▮

    Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date ____

X Already in Federal Custody as of ____    __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at ————————    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: ____    on ____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ————    ☐ Misdemeanor ————    X Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__    Signature of AUSA: _Robert L. Peabody_

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   RICARDO ESTRADA _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                 **U.S. District Court - District of Massachusetts**

**Place of Offense:**           **Category No.** II _____        **Investigating Agency** DEA _____

**City** Lynn _____           **Related Case Information:**

**County** Essex _____        Superseding Ind./ Inf.  X _____     **Case No.** 04-10299 PBS
                               Same Defendant _____       New Defendant  x _____
                               Magistrate Judge Case Number    ~~04-M-1686-CBS~~
                               Search Warrant Case Number   04-M-1720-to-1730 _____
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    ANDRES MARTINEZ _____       Juvenile:    ☐ Yes    X No

Alias Name    CASTRO CASIMIRO  AKA SACAIDA AKA JOEL ZEQUEIRA

Address    _____

Birthdate: _____    SS # 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  Sex: MALE  Race: Hispanic _____    Nationalit Mexican _____

**Defense Counsel if known:**    John Cicilline, Esq. _____    Address 381 Atwells Ave., Providence, RI

Bar Number    _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody. _____    Bar Number if applicable    551936 _____

**Interpreter:**    X Yes    No    List language and/or dialect:    Spanish _____

**Matter to be SEALED:**    Yes    ~~████~~

        Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date    5/1/2004 _____

X  Already in Federal Custody as of _____    in    Wyatt Detention, Central Falls, RI .
☐  Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ——    ☐ Misdemeanor ——    X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:    10/5/04 _____    Signature of AUSA:    _Robert L. Peabody_

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ANDRES MARTINEZ _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

⬥JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.**  II          **Investigating Agency**  DEA

**City**   Lynn                        **Related Case Information:**

**County**   Essex                  Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                     Same Defendant                  New Defendant   x
                                     Magistrate Judge Case Number  ▮▮▮▮▮▮▮▮▮▮
                                     Search Warrant Case Number   04-M-1720 to 1730
                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JOSE ROSALES                     Juvenile:        ☐ Yes    X  No

Alias Name   TONY  AKA TONO  AKA JOEL AGOSTINI

Address   88 NEWARK ST, LYNN MA

Birthdate: 5/10/76    SS #  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  Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**   Raymond A. O'Hara, Esq.    Address  1 Exchange Place., Worcester, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                  Bar Number if applicable   551936

**Interpreter:**   X  Yes    No         List language and/or dialect:        Spanish

**Matter to be SEALED:**        Yes  ▮▮▮▮▮▮

         Warrant Requested         ☐ Regular Process         X  In Custody

**Location Status:**

Arrest Date    5/1/04

X  Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI  .
☐  Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____ on

**Charging Document:**      Complaint    ☐ Information      X  Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   X☐  Felony ___1___

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:  10/6/04                Signature of AUSA:   Robert L. Peabody

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    JOSE ROSALES _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**           **Category No.** II _____    **Investigating Agency** DEA _____

**City** Lynn _____           **Related Case Information:**

**County** Essex _____        Superseding Ind./ Inf.    X _____    Case No.    04-10299 PBS
                                    Same Defendant                    New Defendant    x
                                    Magistrate Judge Case Number ███████████
                                    Search Warrant Case Number    04-M-1720 to 1730
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    VALENTIN MARTINEZ _____    Juvenile:    ☐ Yes    X No

Alias Name    VALENTIN RIVERA _____

Address    108 JOHNSON STREET, LYNN, MA _____

Birthdate: 12/20/69 ___    SS # 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    Sex: MALE    Race: Hispanic ___    Nationalit Mexican ___

**Defense Counsel if known:**    Ronald Ian Segal, Esq. ___    Address  23 Central Ave., Lynn, MA ___

Bar Number _____                        _____

**U.S. Attorney Information:**

AUSA    Robert L. Peabody. _____    Bar Number if applicable    551936 _____

**Interpreter:**    X Yes    X No        List language and/or dialect:    Spanish _____

**Matter to be SEALED:**    Yes    ███ No

Warrant Requested        ☐ Regular Process        x In Custody

**Location Status:**

Arrest Date    5/1/04 _____

x  Already in Federal Custody as of _____ in    Wyatt Detention, Central Falls, RI ___ .
☐ Already in State Custody at _____    ☐ Serving Sentence        ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X☐ Felony — 1 —

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: 10/6/04 _____    Signature of AUSA:    Robert L. Peabody ___

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    VALENTIN MARTINEZ

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-valentin.wpd - 2/7/02

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**           **Category No.** II _____     **Investigating Agency** DEA _____

**City** Lynn _____           **Related Case Information:**

**County** Essex _____        Superseding Ind./ Inf. X _____    Case No. 04-10299 PBS
                                Same Defendant _____    New Defendant x _____
                                Magistrate Judge Case Number ▬▬▬▬
                                Search Warrant Case Number 04-M-1720 to 1730
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   KELVIN MADERA _____           Juvenile:   ☐ Yes   X No

Alias Name   MANOLO LNU

Address   65 FREEMAN AVENUE, EVERETT, MA 02149

Birthdate: 5/22/66 _____ SS # 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 Sex: MALE Race: Hispanic _____ Nationalit Dominican

**Defense Counsel if known:**   Steven Judge, Esq. _____   Address 23 Central Ave., Lynn, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody. _____           Bar Number if applicable   551936

**Interpreter:**   X Yes   No   List language and/or dialect:   spanish

**Matter to be SEALED:**   Yes ▬▬▬NO▬▬

         Warrant Requested   ☐ Regular Process   X In Custody

**Location Status:**

Arrest Date   5/1/04 _____

X Already in Federal Custody as of _____ in Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— X☐ Felony —— 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/6/04 _____   Signature of AUSA: _Robert L. Peabody._

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    KELVIN MADERA _____

### U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-madera.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No.  II          Investigating Agency   DEA

City   Lynn                              **Related Case Information:**

County   Essex                          Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                         Same Defendant                New Defendant  x
                                         Magistrate Judge Case Number
                                         Search Warrant Case Number      04-M-1720 to 1730
                                         R 20/R 40 from District of

### Defendant Information:

Defendant Name   ABDALLAH HAMDAN                    Juvenile:          ☐ Yes    X No

Alias Name

Address      10 ROOSEVELT ST METHUEN MA

Birthdate: 1/17/76    SS # 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  Sex: MALE  Race: Arabic          Nationalit  Palestinian

**Defense Counsel if known:**    Melvin Norris, Esq.          Address 260 Boston Post Rd., Wayland, MA

Bar Number

### U.S. Attorney Information:

AUSA   Robert L. Peabody.                    Bar Number if applicable   551936

**Interpreter:**    ☐ Yes    X No          List language and/or dialect:

**Matter to be SEALED:**        Yes ~~No~~

       Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date        5/1/04

X Already in Federal Custody as of                    in   Wyatt Detention, Central Falls, RI    .
☐ Already in State Custody at                ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:                on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty          ☐ Misdemeanor          ☐ X Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   10/6/04          Signature of AUSA:   Robert L. Peabody.

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II _____     **Investigating Agency** DEA _____

**City**   Lynn _____          **Related Case Information:**

**County**   Essex _____          Superseding Ind./ Inf.   X _____   Case No.   04-10299 PBS
                                       Same Defendant _____   New Defendant x _____
                                       Magistrate Judge Case Number   ~~_____~~
                                       Search Warrant Case Number   04-M-1720 to 1730 _____
                                       R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   RICARDO MARTINEZ _____          Juvenile:   ☐ Yes   X No

Alias Name   CHORIZO _____

Address   304 AMERICAN LEGION        REVERE, MA _____

Birthdate: 4/1/74 ____ SS # 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 Sex: MALE Race: Hispanic _____ Nationalit Mexican

**Defense Counsel if known:** _____          Address _____

Bar Number _____          _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody. _____          Bar Number if applicable _____

**Interpreter:**   X Yes   No          List language and/or dialect:   Spanish _____

**Matter to be SEALED:**   Yes   ~~No~~

          Warrant Requested   ☐ Regular Process   In Custody

**Location Status:**

Arrest Date   FUGITIVE _____

  Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— X☐ Felony — 1 ———

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04 _____   Signature of AUSA:   Robert L. Peabody

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MARTINEZ

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-ricardo.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II_____          **Investigating Agency** __DEA_____

**City**   __Lynn_____          **Related Case Information:**

**County**   __Essex_____          Superseding Ind./ Inf.   __X_____          Case No.   __04-10299 PBS__
                                            Same Defendant   _____   New Defendant   _x_____
                                            Magistrate Judge Case Number   ▬▬▬▬▬▬▬▬
                                            Search Warrant Case Number   __04-M-1720 to 1730__
                                            R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   __HOWARD GREENBERG_____          Juvenile:   ☐ Yes   X No

Alias Name   __HOWIE_____

Address   __677 REVERE BEACH BLVD, REVERE, MA__

Birthdate: __10/10/52__   SS # __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__   Sex: __MALE__   Race: __white_____   Nationalit __USA__

**Defense Counsel if known:**   Roger Witkin, Esq.          Address  6 Beacon St., Boston, MA

Bar Number   _____          _____

**U.S. Attorney Information:**

AUSA   __Robert L. Peabody,_____          Bar Number if applicable   __551936__

**Interpreter:**   ☐ Yes   X No          List language and/or dialect:   _____

**Matter to be SEALED:**          Yes   ▬▬▬▬▬

        Warrant Requested          X☐  Regular Process          In Custody

**Location Status:**

Arrest Date          __5/1/04_____

    Already in Federal Custody as of   _____   in   _____.

☐ Already in State Custody at _____   ☐ Serving Sentence          ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   __Mag. Judge Swartwood__   on   _____

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**          ☐ Petty ————          ☐ Misdemeanor ————          ☐ X Felony——1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04_____          Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    HOWARD GREENBERG _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-greenberg.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.**  II            **Investigating Agency**  DEA

**City**  Lynn                    **Related Case Information:**

**County**  Essex                 Superseding Ind./ Inf.   X              Case No.   04-10299 PBS
                                  Same Defendant _____        New Defendant  x
                                  Magistrate Judge Case Number    ▓▓▓▓▓▓▓▓▓▓
                                  Search Warrant Case Number   04-M-1720 to 1730
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    CARLOS  COLON-RIVERA              Juvenile:      ☐ Yes    X No

Alias Name        TIGUERON

Address           58 CAMPBELL ST , NEW BEDFORD, MA

Birthdate:  8/27/64     SS #  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  Sex:  MALE  Race:  Hispanic        Nationality:  CostaRican

**Defense Counsel if known:**      John E. Wall, Esq.          Address  Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody,                    Bar Number if applicable    551936

**Interpreter:**    X  Yes      No        List language and/or dialect:       Spanish

**Matter to be SEALED:**        Yes  ▓▓▓▓▓▓▓▓

        Warrant Requested          X  Regular Process          In Custody

**Location Status:**

Arrest Date   _____

    Already in Federal Custody as of  _____  in  _____
☐  Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
X  On Pretrial Release:   Ordered by:   Mag. Judge Swartwood      on  _____

**Charging Document:**      Complaint      ☐ Information      X  Indictment

**Total # of Counts:**   ☐ Petty ———  ☐ Misdemeanor ———  ☐X Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:  10/6/04          Signature of AUSA:   _Robert Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    CARLOS  COLON-RIVERA _____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-colon.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II            **Investigating Agency** DEA

**City** Lynn                         **Related Case Information:**

**County** Essex                      Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
                                      Same Defendant _____ New Defendant  x
                                      Magistrate Judge Case Number ▆▆▆▆▆
                                      Search Warrant Case Number  04-M-1720 to 1730
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   ROGELIO GARCIA                    Juvenile:      ☐ Yes    X No

Alias Name       LACUILLA

Address          85 WALNUT AVE., REVERE, MA

Birthdate: 7/15/80    SS # 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  Sex: MALE  Race: Hispanic        Nationalit USA

**Defense Counsel if known:**     James H. Budreau, Esq.     Address 20 Park Plaza, Boston, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                    Bar Number if applicable   551936

**Interpreter:**    ☐ Yes    X No         List language and/or dialect: _____

**Matter to be SEALED:**         Yes    ▆▆▆▆

         Warrant Requested        X☐  Regular Process          In Custody

**Location Status:**

Arrest Date _____

   Already in Federal Custody as of _____ in _____
☐ Already in State Custody at ———————— ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:  Mag. Judge Swartwood      on _____

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☐ X Felony ——1——

                  Continue on Page 2 for Entry of U.S.C. Citations

         **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.**

Date:  10/6/04            Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    ROGELIO GARCIA _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

Y&JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**    **Category No.**  II _____    **Investigating Agency**  DEA _____

**City**  Lynn _____

**County**  Essex _____

**Related Case Information:**

Superseding Ind./ Inf.   X _____    Case No.   04-10299 PBS
Same Defendant _____    New Defendant  x _____
Magistrate Judge Case Number   ~~04-M-1686-CBS~~
Search Warrant Case Number   04-M-1720-to-1730
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   JAVIER ANGEL ROMERO _____    Juvenile:   ☐ Yes    X No

Alias Name   RAMON ACOSTA _____

Address   4 SHERMAN STREET, LYNN, MA _____

Birthdate:  3/15/64 ___  SS #  000 00 0172 ___  Sex:  MALE  Race:  Hispanic _____  Nationalit  Dominican _____

**Defense Counsel if known:**   Raymond Buso, Esq. _____    Address  15 Church St., Salem , MA _____

Bar Number   _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody, _____    Bar Number if applicable   551936 _____

**Interpreter:**    X Yes    No    List language and/or dialect:    Spanish _____

**Matter to be SEALED:**    Yes   ~~No~~

         Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date   5/1/04 _____

X  Already in Federal Custody as of   _____  in   Wyatt Detention, Central Falls, RI   .
☐  Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:  _____  on  _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony   1 _____

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a **Magistrate Judge** are accurately set forth above.

Date:   10/6/04 _____    Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   JAVIER ANGEL ROMERO   AKA RAMON ACOSTA _____

**U.S.C. Citations**

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** __II__     **Investigating Agency** __DEA__

**City** __Lynn__

**County** __Essex__

**Related Case Information:**

Superseding Ind./ Inf. __X__     Case No. __04-10299 PBS__
Same Defendant     New Defendant __x__
Magistrate Judge Case Number ▮▮▮▮▮▮▮▮
Search Warrant Case Number __04-M-1720 to 1730__
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name __CRISTIAN GERMOSEN__     Juvenile: ☐ Yes   X No

Alias Name _____

Address __27 WARREN ST, NEWBURYPORT, MA__

Birthdate: __3/22/78__ SS # __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__ Sex: __MALE__ Race: __Hispanic__ Nationalit __Dominican__

**Defense Counsel if known:** __Michael Hickey, Esq.__     Address __15 Church St., Salem, MA__

Bar Number _____

### U.S. Attorney Information:

AUSA __Robert L. Peabody.__     Bar Number if applicable __551936__

**Interpreter:**   X Yes    No     List language and/or dialect:   __Spanish__

**Matter to be SEALED:**     Yes ▮▮▮▮▮▮

    Warrant Requested     ☐ Regular Process     x In Custody

### Location Status:

Arrest Date __5/1/04__

x Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
    On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty ———   ☐ Misdemeanor ———   ☐X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__     Signature of AUSA: _Robert L. Peabody._

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    CRISTIAN GERMOSEN _____

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-germosen.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II            **Investigating Agency**   DEA

**City**   Lynn                    **Related Case Information:**

**County**   Essex                    Superseding Ind./ Inf.   X            Case No.   04-10299 PBS
                                      Same Defendant                New Defendant  x
                                      Magistrate Judge Case Number   ▮▮▮▮▮▮▮▮
                                      Search Warrant Case Number   04-M-1720 to 1730
                                      R 20/R 40 from District of

**Defendant Information:**

Defendant Name    JUAN MARTINEZ                    Juvenile:        ☐ Yes    X  No

Alias Name     MARCELINO CUEVAS  AKA CHON

Address      22 PARK STREET, LYNN MA

Birthdate:  5/21/68     SS #  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  Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**                    Address

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                    Bar Number if applicable

**Interpreter:**      X  Yes        No          List language and/or dialect:       Spanish

**Matter to be SEALED:**          Yes   ▮▮▮▮▮▮

          Warrant Requested          ☐ Regular Process          In Custody

**Location Status:**

Arrest Date        FUGITIVE

   Already in Federal Custody as of                    in                    .
☐ Already in State Custody at ─────────── ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:                    on

**Charging Document:**        Complaint        ☐ Information        X  Indictment

**Total # of Counts:**      ☐ Petty ────── ☐ Misdemeanor ────── ☐ X Felony ──┼

                    Continue on Page 2 for Entry of U.S.C. Citations

    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.**

Date:   10/6/04          Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    JUAN MARTINEZ _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**                  Category No.  _II_            Investigating Agency  _DEA_

**City**  _Lynn_                       **Related Case Information:**

**County**  _Essex_                    Superseding Ind./ Inf.  _X_           Case No.  _04-10299 PBS_
                                       Same Defendant _____  New Defendant  _x_
                                       Magistrate Judge Case Number  ~~04-M-1685-CBS~~
                                       Search Warrant Case Number  _04 M-1720 to 1730_
                                       R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  _GERARDO VASSEUR ORTIZ_          Juvenile:      ☐ Yes    X No

Alias Name  _SCARFACE_

Address  _____

Birthdate:  _6/23/72_    SS #  _000 00_    Sex:  _MALE_  Race:  _Hispanic_       Nationalit  _Dominican_

**Defense Counsel if known:**      Richard M. Welch, Esq.        Address  80 Worcester St., No. Grafton, MA

Bar Number  _____

**U.S. Attorney Information:**

AUSA  _Robert L. Peabody._                      Bar Number if applicable   _551936_

**Interpreter:**    X Yes      No          List language and/or dialect:       _Spanish_

**Matter to be SEALED:**        Yes    X▓▓▓▓▓

      Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date    _5/1/04_

X Already in Federal Custody as of  _____  in   _Wyatt Detention, Central Falls, RI_  .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty ——    ☐ Misdemeanor ——   X☐ Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:  _10/6/04_         Signature of AUSA:   _Robert L. Peabody._

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   GERARDO VASSEUR ORTIZ _____

**U.S.C. Citations**

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-ORTIZ.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**   Lynn                 **Related Case Information:**

**County**   Essex             Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                               Same Defendant                New Defendant  x
                               Magistrate Judge Case Number
                               Search Warrant Case Number   04-M-1720-to-1730
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name   PHILLIP ASARO                 Juvenile:      ☐ Yes    X  No

Alias Name

Address   238 SCHOOL STREET, SOMERVILLE, MA

Birthdate:  8/22/73    SS #  000 00 5581   Sex:  MALE  Race:  White        Nationalit  USA

**Defense Counsel if known:**      Kirk Y. Griffin, Esq.      Address  50 Staniford St., Boston,

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                 Bar Number if applicable    551936

**Interpreter:**     ☐ Yes    X  No          List language and/or dialect:

**Matter to be SEALED:**          Yes   ~~No~~

        Warrant Requested          X  Regular Process          In Custody

**Location Status:**

Arrest Date          5/1/04

   Already in Federal Custody as of                      in
☐ Already in State Custody at                  ☐ Serving Sentence      ☐ Awaiting Trial
X  On Pretrial Release:    Ordered by:    Mag. Judge Swartwood      on

**Charging Document:**      Complaint      ☐ Information      X  Indictment

**Total # of Counts:**     ☐ Petty          ☐ Misdemeanor          X  Felony  ⊢

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04          Signature of AUSA:  Robert L. Peabody

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   PHILLIP ASARO _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45asaro.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.** _II_          **Investigating Agency** _DEA_

**City** _Lynn_                   **Related Case Information:**

**County** _Essex_                Superseding Ind./ Inf. _X_          Case No. _04-10299 PBS_
                                  Same Defendant                 New Defendant
                                  Magistrate Judge Case Number    _04-M-1685 CBS_
                                  Search Warrant Case Number      _04- M-1720 to 1730_
                                  R 20/R 40 from District of

**Defendant Information:**

Defendant Name  _SILVESTRE LIZARDI_          Juvenile:    ☐ Yes    X No

Alias Name

Address        _29 HARDY STREET, NEWBURYPORT, MA_

Birthdate: _12/31/80_   SS # _000 00 3844_  Sex: _MALE_  Race: _Hispanic_   Nationalit _Mexican_

**Defense Counsel if known:**    Michael R. Schneider, Esq.    Address _95 Commercial Wf. Boston, MA_

Bar Number

**U.S. Attorney Information:**

AUSA  _Robert L. Peabody._          Bar Number if applicable  _551936_

**Interpreter:**    X Yes    No          List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes    ~~No~~

        Warrant Requested        X Regular Process        In Custody

**Location Status:**

Arrest Date      _5/1/04_

    Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:    Ordered by:  _Mag. Judge Swartwood_    on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ____   ☐ Misdemeanor ____   ☐ X Felony ___1___

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: _10/6/04_          Signature of AUSA:    _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    SILVESTRE LIZARDI

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-lizardi.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**   Category No.  II_____   Investigating Agency  DEA_____

**City**  Lynn_____

**County**  Essex_____

**Related Case Information:**

Superseding Ind./ Inf.  X_____   Case No.  04-10299 PBS
Same Defendant  x_____   New Defendant  x
Magistrate Judge Case Number  ▮▮▮▮▮▮▮▮▮
Search Warrant Case Number  04-M-1720 to 1730
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  ROBERT V. RUSCIO_____   Juvenile:   ☐ Yes   X No

Alias Name  _____

Address  286 NEWBURY ST., PEABODY, MA_____

Birthdate: 7/15/51   SS # 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  Sex: MALE  Race: White_____  Nationalit USA_____

**Defense Counsel if known:**   Edward L. Hayden, Esq._____   Address 7 Franklin St., Lynn, MA

Bar Number  _____

**U.S. Attorney Information:**

AUSA  Robert L. Peabody._____   Bar Number if applicable   551936_____

**Interpreter:**   ☐ Yes   X No   List language and/or dialect: _____

**Matter to be SEALED:**   Yes   X~~No~~

\ Warrant Requested   X☐ Regular Process   In Custody

**Location Status:**

Arrest Date  _____

Already in Federal Custody as of  _____ in _____

☐ Already in State Custody at ──────── ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release: Ordered by:  Mag. Judge Swartwood_____ on _____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ────   ☐ Misdemeanor ────   X☐ Felony ──┼──

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  10/6/04_____   Signature of AUSA:  Robert L. Peabody

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**    (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERT V. RUSCIO _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**               Category No.   II _____          Investigating Agency   DEA _____

**City**   Lynn _____

**County**   Essex _____          **Related Case Information:**

Superseding Ind./ Inf.   X _____          Case No.   04-10299 PBS
Same Defendant _____                       New Defendant  x _____
Magistrate Judge Case Number   ▇▇▇▇▇▇▇
Search Warrant Case Number   04-M-1720 -to- 1730
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name   GIOVANNI AVILA _____          Juvenile:   ☐ Yes    X No

Alias Name   THE PAINTER _____

Address   892 WASHINGTON STREET APT., LYNN, MA _____

Birthdate:  4/25/62 ___   SS #  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 ___   Sex:  MALE ___   Race:  Hispanic _____          Nationalit   Costa Rican _____

**Defense Counsel if known:**   Michael F. Natola, Esq. _____          Address  Boston, MA _____

Bar Number _____

## U.S. Attorney Information:

AUSA   Robert L. Peabody. _____          Bar Number if applicable   551936 _____

**Interpreter:**   X Yes    No          List language and/or dialect:          Spanish _____

**Matter to be SEALED:**          Yes  ▇▇▇▇ NO

          Warrant Requested          X  Regular Process          In Custody

## Location Status:

Arrest Date          5/1/04 _____

      Already in Federal Custody as of _____ in _____
☐  Already in State Custody at _____          ☐ Serving Sentence          ☐ Awaiting Trial
X  On Pretrial Release:   Ordered by:   Mag. Judge Swartwood _____   on _____

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**          ☐ Petty _____          ☐ Misdemeanor _____          ☐X Felony _1_

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  10/6/04 _____          Signature of AUSA:   _Robert L. Peabody_

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    GIOVANNI AVILA _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                U.S. District Court - District of Massachusetts

**Place of Offense:**                **Category No.** __II__                **Investigating Agency** __DEA__

**City** __Lynn__                **Related Case Information:**

**County** __Essex__          Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
                              Same Defendant          New Defendant __x__
                              Magistrate Judge Case Number      ~~04-M-1685 CBS~~
                              Search Warrant Case Number    __04-M-1720  to  1730__
                              R 20/R 40 from District of

**Defendant Information:**

Defendant Name    __GILBERTO ZAYAS__                Juvenile:    ☐ Yes    X No

Alias Name        __Tony__

Address          __39 FAYETTE STREET, APT #1, LYNN, MA 01902-2346__

Birthdate: __08/05/73__    SS # __583415419__    Sex: __MALE__ Race: __Hispanic__        Nationalit __Dominican__

**Defense Counsel if known:**    __Raymond E. Gillespie, Esq.__    Address __875 Mass. Ave., Cambridge, MA__

Bar Number

**U.S. Attorney Information:**

AUSA  __Robert L. Peabody.__                Bar Number if applicable    __551936__

**Interpreter:**    X Yes    No        List language and/or dialect:        __Spanish__

**Matter to be SEALED:**        Yes ▪▪▪▪▪▪▪

        Warrant Requested        ☐ Regular Process        x In Custody

**Location Status:**

Arrest Date        __5/1/04__

x Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**    Complaint        ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    ☐X Felony — 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date: __10/6/04__        Signature of AUSA:    _Robert L. Peabody._

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    GILBERTO ZAYAS, aka Tony _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-zayas.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II ___          **Investigating Agency** DEA ___

**City**  Lynn ___          **Related Case Information:**

**County**  Essex ___          Superseding Ind./ Inf.  X ___          Case No.  04-10299 PBS
                              Same Defendant ___          New Defendant  x
                              Magistrate Judge Case Number  ~~04-M-1685 CBS~~
                              Search Warrant Case Number  04-M-1720 to 1730
                              R 20/R 40 from District of ___

**Defendant Information:**

**Defendant Name**  LUIS DEJESUS ___          Juvenile:  ☐ Yes    X No

**Alias Name**  Edgardo ___

**Address**  107 MARIANNA STREET, APT. #1, LYNN, MA ___

**Birthdate:** 11/01/66 ___  **SS #** 583312821 ___  **Sex:** MALE  **Race:** Hispanic ___  **Nationalit** Dominican ___

**Defense Counsel if known:**  John W. Laymon, Esq. ___          **Address** 40 Court St., Boston, MA ___

**Bar Number** ___

**U.S. Attorney Information:**

**AUSA**  Robert L. Peabody, ___          **Bar Number if applicable**  551936 ___

**Interpreter:**    X Yes    No          List language and/or dialect:          Spanish ___

**Matter to be SEALED:**    Yes  ~~X   No~~

      Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

**Arrest Date**    5/1/04 ___

X Already in Federal Custody as of ___ in  Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at ___  ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: ___ on ___

**Charging Document:**    Complaint          ☐ Information          X Indictment

**Total # of Counts:**    ☐ Petty          ☐ Misdemeanor          ☐X Felony    I

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:  10/6/04 ___          Signature of AUSA:  _Robert L. Peabody_

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    LUIS DEJESUS, aka Edgardo _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-dejesus.wpd - 2/7/02

§JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**               Category No.   II_____        **Investigating Agency**   DEA_____

**City**   Lynn_____        **Related Case Information:**

**County**   Essex_____        Superseding Ind./ Inf.   X_____        Case No.   04-10299 PBS
                                          Same Defendant _____        New Defendant   x_____
                                          Magistrate Judge Case Number   ▓▓▓▓▓▓
                                          Search Warrant Case Number   04- M 1720 to 1730
                                          R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   BENITO GRULLON_____        Juvenile:        ☐ Yes      X  No

Alias Name   _____

Address   _____

Birthdate: _____ SS # _____  Sex: MALE  Race: Hispanic_____        Nationalit  Dominican_____

**Defense Counsel if known:**        Ron Ian Segal, Esq.._____        Address  23 Central Ave., Lynn, MA

Bar Number   _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody,_____        Bar Number if applicable    551936_____

**Interpreter:**        X  Yes        No        List language and/or dialect:        Spanish_____

**Matter to be SEALED:**        Yes   ▓▓▓▓▓▓

        Warrant Requested        X  Regular Process        In Custody

**Location Status:**

Arrest Date        5/1/04_____

X  Already in Federal Custody as of   _____  in  _____
☐  Already in State Custody at ——————————  ☐ Serving Sentence      ☐ Awaiting Trial
X  On Pretrial Release:  Ordered by:  _____  on  _____

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**        ☐ Petty ———        ☐ Misdemeanor ———        X Felony  —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04_____        Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    BENITO GRULLON _____

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-grulle.wpd - 2/7/02