AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

District of Massachusetts

*filed in open court 11/1/04*

## APPEARANCE

CASE NUMBER: CR 04-10299-PBS (6)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Jose Rosales

I certify that I am admitted to practice in this court.

November 1, 2004
Date

Signature

Victor J. Beretto, Jr.
Print Name                                    Bar Number

381 Atwells Ave
Address

Providence     RI     02909
City           State    Zip Code

(401) 273-5600         (401) 454-5600
Phone Number            Fax Number