# VICTOR J. BERETTA, JR., ESQ.
*ATTORNEY AT LAW*

---

381 ATWELLS AVENUE  
PROVIDENCE, RHODE ISLAND 02909

FILED  
BUSINESS AND OFFICE  
IN CLERKS OFFICE  

2005 FEB 11  P 1:56  

U.S. DISTRICT COURT  
DISTRICT OF MASS.

FAX: 401 454-5600

February 9, 2005

U.S. District Court  
Court Clerk: Robert Alba  
John Joseph Moakley Courthouse  
1 Courthouse Way  
Boston, MA 02210

RE: U.S. vs. Jose Rosales  
    CA No.: 04-10299-PBS

Dear Mr. Alba:

On January 11, 2005 I advised the Court by letter that Mr. Rosales was prepared to enter a change of plea to indictment No.: 04-10299-PBS.

Please be advised that there has been a change in circumstances and Mr. Rosales wishes to cancel his scheduled change of plea hearing for the time being.

I apologize for any inconvenience this may cause.

Very truly yours,

Victor J. Beretta, Esquire

VJB/rg