✏️JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)                                                        4

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.** II_____        **Investigating Agency** DEA_____

**City** Lynn_____             **Related Case Information:**

**County** Essex_____          Superseding Ind./ Inf.    X_____      Case No.   04-10299 PBS
                                  Same Defendant    x____          New Defendant _____
                                  Magistrate Judge Case Number    M 04-1732- CBS
                                  Search Warrant Case Number    04 M 1720- to 1730, 04-M 1738
                                  R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name   RICARDO MANUEL ESTRADA_____        Juvenile:      ☐ Yes    X No

Alias Name       _____

Address          _____

Birthdate: _____ SS # _____  Sex: MALE  Race: Hispanic_____  Nationalit Mexican

**Defense Counsel if known:**      Eliot Weinstein, Esq._____     Address 228 Lewis Wharf_____

Bar Number       _____                              617-367-9334_____

**U.S. Attorney Information:**

AUSA   Neil Gallagher_____                     Bar Number if applicable    _____

**Interpreter:**      X Yes      No      List language and/or dialect:      Spanish_____

**Matter to be SEALED:**      Yes   X   No

        Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date       _____

X Already in Federal Custody as of    _____          Wyatt Detention, Central Falls, RI ____ .
☐ Already in State Custody at _____ ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____    on

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**      ☐ Petty _____  ☐ Misdemeanor _____  X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05_____    Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MANUEL ESTRADA _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-lestradawpd.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No.  II           **Investigating Agency**  DEA

**City**  Lynn                    **Related Case Information:**

**County**  Essex                 Superseding Ind./ Inf.  X           Case No.  04-10299 PBS
                                  Same Defendant _____ New Defendant _____
                                  Magistrate Judge Case Number  04-M-1685 CBS
                                  Search Warrant Case Number  04-M-1720-to-1730
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  ANDRES MARTINEZ-ACEVEZ           Juvenile:    ☐ Yes    X  No

Alias Name  "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

Address  _____

Birthdate: _____ SS #  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  Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**    John Cicilline, Esq.        Address  381 Atwells Ave., Providence, RI

Bar Number  _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher                    Bar Number if applicable  _____

**Interpreter:**    X  Yes    No        List language and/or dialect:    Spanish

**Matter to be SEALED:**      Yes  X    No

        Warrant Requested        ☐ Regular Process        X  In Custody

**Location Status:**

Arrest Date     5/1/2004

X  Already in Federal Custody as of _____ in  Wyatt Detention, Central Falls, RI  .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**        Complaint        ☐ Information        X  Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  ~~10/5/04~~  3/23/05        Signature of AUSA:  _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** _II_          **Investigating Agency** _DEA_

**City** _Lynn_          **Related Case Information:**

**County** _Essex_          Superseding Ind./ Inf. _X_          Case No. _04-10299 PBS_
Same Defendant _x_          New Defendant
Magistrate Judge Case Number _04-M-1685 CBS_
Search Warrant Case Number _04-M-1720 to 1730_
R 20/R 40 from District of

**Defendant Information:**

Defendant Name _JOSE ROSALES_          Juvenile:     ☐ Yes     X No

Alias Name _TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU_

Address _88 NEWARK ST. LYNN MA_

Birthdate: _5/10/76_     SS # _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_ Sex: _MALE_ Race: _Hispanic_     Nationalit _Mexican_

**Defense Counsel if known:**     Raymond A. O'Hara, Esq.     Address _1 Exchange Place., Worcester, MA_

Bar Number

**U.S. Attorney Information:**

AUSA          Bar Number if applicable

**Interpreter:**     X Yes     No          List language and/or dialect:     _Spanish_

**Matter to be SEALED:**     Yes     X     No

Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date          _5/1/04_

X Already in Federal Custody as of          in     _Wyatt Detention, Central Falls, RI_     .
☐ Already in State Custody at          ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:     Ordered by:          on

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty          ☐ Misdemeanor          X☐ Felony — 4

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: _3/23/05_          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                          U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__          **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
Same Defendant __x__          New Defendant
Magistrate Judge Case Number     __04-M-1685 CBS__
Search Warrant Case Number     __04-M-1720 to 1730__
R 20/R 40 from District of

## Defendant Information:

Defendant Name __VALENTIN MARTINEZ__          Juvenile:     ☐ Yes     X No

Alias Name     __VALENTIN RIVERA AKA V AKA VALE__

Address     __108 JOHNSON STREET, LYNN, MA__

Birthdate: __12/20/69__   SS # __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__   Sex: __MALE__   Race: __Hispanic__   Nationalit __Mexican__

**Defense Counsel if known:**     Ronald Ian Segal, Esq.     Address __23 Central Ave., Lynn, MA__

Bar Number

## U.S. Attorney Information:

AUSA __Neil Gallagher__          Bar Number if applicable

**Interpreter:**     X Yes     X No          List language and/or dialect:     __Spanish__

**Matter to be SEALED:**          Yes   X   No

     Warrant Requested          ☐ Regular Process          x In Custody

**Location Status:**

Arrest Date          __5/1/04__

x  Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐  Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____ on

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty ———     ☐ Misdemeanor ———     X☐ Felony —— 3

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date: __3/23/05__          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** ____VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE_____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _MA_          **Category No.** _____    **Investigating Agency** _DEA/MSP_

**City** _Lynn/Peabody_          **Related Case Information:**

**County**  _Essex_          Superseding Ind./ Inf.  _X_          Case No.   _04-10299-PBS_
                             Same Defendant  _x_          New Defendant _____
                             Magistrate Judge Case Number    _04-m-1685-CBS_
                             Search Warrant Case Number    _04-m-1720 to 1730_
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _MANUEL GERMOSEN_          Juvenile   ☐ Yes   ☒ No

Alias Name   _Kelvin Madera, Manolo_

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex _M_ Race:  _Hispanic_   Nationality: _Dom Rep_

**Defense Counsel if known:**   _Steven Judge_          **Address:** **23 Central Ave., #605**
                                                                  **Lynn, MA 01902**
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  _Neil Gallagher_          **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes  ☐ No          **List language and/or dialect:**   _Spanish_

**Matter to be SEALED:**   ☐ Yes  ☒ No

  ☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as**  _May 1, 2005_          **in**   **Plymouth County**          .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____   **on** _____

**Charging Document:**   ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____   ☐ **Misdemeanor** _____   ☒ **Felony**  _1 count_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** _3/23/05_          **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    MANUEL GERMOSEN

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City** Lynn          **Related Case Information:**

**County** Essex          Superseding Ind./ Inf. X          Case No. 04-10299 PBS
Same Defendant X          New Defendant
Magistrate Judge Case Number 04-M-1685 CBS
Search Warrant Case Number 04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ABDALLAH HAMDAN          Juvenile:   ☐ Yes   X No

Alias Name

Address   10 ROOSEVELT ST METHUEN MA

Birthdate: 1/17/76   SS # 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  Sex: MALE  Race: Arabic          Nationalit Palestinian

**Defense Counsel if known:**   Melvin Norris, Esq.          Address 260 Boston Post Rd., Wayland, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher          Bar Number if applicable

**Interpreter:**   ☐ Yes   X No          List language and/or dialect:

**Matter to be SEALED:**          Yes X   No

Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date          5/1/04

X Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI   .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**          ☐ Petty ____   ☐ Misdemeanor ____   ☐ X Felony — 4 —

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   3/23/05          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  __MA_____     Category No. _____     **Investigating Agency** __DEA/MSP_____

City   __Lynn/Peabody_____     **Related Case Information:**

County    __Essex_____     Superseding Ind./ Inf.   __X_____     Case No.   __04-10299-PBS__
                               Same Defendant   __x_____     New Defendant _____
                               Magistrate Judge Case Number   __04-m-1685-CBS__
                               Search Warrant Case Number   __04-m-1720 to 1730__
                               R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name  __RICARDO MARTINEZ_____     Juvenile   ☐ Yes   ☒ No

Alias Name  __Chorizo, Chon_____

Address  _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Hispanic__ Nationality: __Dom Rep__

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher_____     **Bar Number if applicable** _____

Interpreter:   ☒ Yes ☐ No     List language and/or dialect:   __Spanish_____

Matter to be SEALED:   ☐ Yes   ☒ No

   ☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____ **on**

**Charging Document:**   ☐ **Complaint**   ☐ **Information**   ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____   ☐ **Misdemeanor** _____   ☒ **Felony**  __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __3/23/05__          **Signature of AUSA:** _____

✎JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**    **RICARDO MARTINEZ** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA_____    Category No. _____    **Investigating Agency** __DEA/MSP_____

City __Lynn/Peabody_____    **Related Case Information:**

County __Essex_____    Superseding Ind./ Inf. __X_____    Case No. __04-10299-PBS__
                            Same Defendant ___x_____    New Defendant _____
                            Magistrate Judge Case Number __04-m-1685-CBS__
                            Search Warrant Case Number __04-m-1720 to 1730__
                            R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __HOWARD GREENBERG_____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Caucasian__ Nationality: __US__

**Defense Counsel if known:** __Roger Witkin_____    Address: __6 Beacon Street, Ste 1010__
                                                                    __Boston, MA 02108__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher_____    Bar Number if applicable _____

Interpreter:    ☐ Yes ☐ No    List language and/or dialect: __Spanish_____

Matter to be SEALED:    ☐ Yes ☒ No

    ☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release:    Ordered by __MJ Swartwood__ on __May 2004__

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _3/23/05_    Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     <u>HOWARD GREENBERG</u>

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   <u>21 U.S.C. Sec. 846</u> | <u>Conspiracy to Distribute 5 Kg of Cocaine</u> | <u>Count One</u> |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

℘JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  __MA_____          Category No. _____     Investigating Agency  __DEA/MSP_____

City  __Lynn/Peabody_____          **Related Case Information:**

County  __Essex_____          Superseding Ind./ Inf.   __X_____     Case No.   __04-10299-PBS_____
                                   Same Defendant    __x_____     New Defendant _____
                                   Magistrate Judge Case Number    __04-m-1685-CBS_____
                                   Search Warrant Case Number    __04-m-1720 to 1730_____
                                   R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  __EDGAR HOFFENS_____          Juvenile    ☐ Yes    ☒ No

Alias Name   __Carlos Colon Rivera, Tigueron_____

Address  _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race:  __Caucasian__  Nationality:  __US_____

**Defense Counsel if known:**    __John Wall_____          **Address:**  __1 Commercial Wharf West__
                                                                     __Boston, MA 02110_____
**Bar Number:**  _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher_____          Bar Number if applicable  _____

Interpreter:    ☒ Yes  ☐ No          List language and/or dialect:    __Spanish_____

Matter to be SEALED:    ☐ Yes   ☒ No

☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**  _____

☒ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   Ordered by _____ **on** _____

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☒ **Felony**   __1 count_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: 3/23/05          Signature of AUSA:

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    <u>**EDGAR HOFFENS**</u> _____

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  <u>21 U.S.C. Sec. 846</u> | <u>Conspiracy to Distribute 5 Kg of Cocaine</u> | <u>Count One</u> |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

*13*

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.**  II_____    **Investigating Agency**  DEA_____

**City**    Lynn_____          **Related Case Information:**

**County**    Essex_____       Superseding Ind./ Inf.    X_____    Case No.  04-10299 PBS
                                     Same Defendant    X_____    New Defendant _____
                                     Magistrate Judge Case Number    04-M-1685 CBS
                                     Search Warrant Case Number    04-M-1720 to 1730
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    ROGELIO GARCIA_____    Juvenile:    ☐ Yes    X No

Alias Name    LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA

Address    85 WALNUT AVE., REVERE, MA

Birthdate: 7/15/80___    SS # 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___  Sex:  MALE___  Race: Hispanic_____    Nationalit  USA___

**Defense Counsel if known:**    James H. Budreau, Esq._____    Address  20 Park Plaza, Boston, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher_____    Bar Number if applicable _____

**Interpreter:**    ☐ Yes    X No    List language and/or dialect: _____

**Matter to be SEALED:**    Yes   X    No

           Warrant Requested    X☐ Regular Process    In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at ———————— ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:    Ordered by:  Mag. Judge Swartwood_____    on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    ☐ X Felony — 2 —

Continue on Page 2 for Entry of U.S.C. Citations

        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:    3/23/05_____    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   ROGELIO GARCIA _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-garcia.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:    MA                Category No. _____    Investigating Agency  DEA/MSP

City    Lynn/Peabody                  **Related Case Information:**

County    Essex                       Superseding Ind./ Inf.    X              Case No.    04-10299-PBS
                                      Same Defendant    x              New Defendant
                                      Magistrate Judge Case Number    04-m-1685-CBS
                                      Search Warrant Case Number    04-m-1720 to 1730
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    JAVIER ANGEL ROMERO              Juvenile    ☐ Yes    ☒ No

Alias Name    Ramon Acosta, the Singer

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex  M  Race:    Hispanic    Nationality: _____

Defense Counsel if known:    **Ray Buso**          Address:  **15 Church Street**
                                                             **Salem, MA 01970**
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher                 Bar Number if applicable _____

Interpreter:    ☒ Yes  ☐ No           List language and/or dialect:    Spanish

Matter to be SEALED:    ☐ Yes  ☒ No

        ☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony    1 count

                    Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date:  3/23/05              Signature of AUSA: _____