JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     JAVIER ANGEL ROMERO

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

**Place of Offense:** MA   **Category No.** _____   **Investigating Agency** DEA/MSP

**City** Lynn/Peabody     **Related Case Information:**

**County** Essex     Superseding Ind./ Inf.  X     Case No.  04-10299-PBS
Same Defendant  x     New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** CHRISTIAN GERMOSEN     Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address** _____

Birth date (Year only): ___  SSN (last 4 #): ___  Sex  M  Race: Hispanic   Nationality: Dom. Rep.

**Defense Counsel if known:** Michael Hickey     **Address:** 15 Church Street
Salem, MA 01970

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** Neil Gallagher     **Bar Number if applicable** _____

**Interpreter:** ☒ Yes  ☐ No     **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05     **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    CHRISTIAN GERMOSEN

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: MA    Category No. _____    Investigating Agency  DEA/MSP

City  Lynn/Peabody    Related Case Information:

County  Essex
Superseding Ind./ Inf.   X          Case No.   04-10299-PBS
Same Defendant    x         New Defendant _____
Magistrate Judge Case Number    04-m-1685-CBS
Search Warrant Case Number    04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JUAN MARTINEZ         Juvenile  [ ] Yes  [X] No

Alias Name   Juan Eustate

Address  _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:  Hispanic    Nationality:  Mexican

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher         Bar Number if applicable  _____

Interpreter:   [X] Yes  [ ] No      List language and/or dialect:   Spanish

Matter to be SEALED:   [ ] Yes  [X] No

[ ] Warrant Requested       [ ] Regular Process       [ ] In Custody

**Location Status:**

Arrest Date:   FUGITIVE

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

Charging Document:   [ ] Complaint     [ ] Information     [X] Indictment

Total # of Counts:   [ ] Petty _____   [ ] Misdemeanor _____   [X] Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

[X]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     JUAN MARTINEZ

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA        **Category No.** _____        **Investigating Agency** DEA/MSP

**City** Lynn/Peabody        **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   X         Case No.   04-10299-PBS
Same Defendant   x         New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number    04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   GERARDO VASSUER ORTIZ        Juvenile   ☐ Yes   ☒ No

Alias Name   Scarface

Address   _____

Birth date (Year only): ____   SSN (last 4 #): ____   Sex  M   Race:  Hispanic   Nationality:  Mexican

**Defense Counsel if known:**   Richard Welsh        **Address:** 80 Worchester St., Ste 5
                                                                North Grafton MA, 01536
**Bar Number:**

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher        **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes   ☐ No        List language and/or dialect:   Spanish

**Matter to be SEALED:**   ☐ Yes   ☒ No

☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     GERARDO VASSUER ORTIZ

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

Place of Offense: MA        Category No. _____      Investigating Agency  DEA/MSP

City  Lynn/Peabody              Related Case Information:

County  Essex                   Superseding Ind./ Inf.  X        Case No.  04-10299-PBS
                                Same Defendant   x         New Defendant
                                Magistrate Judge Case Number   04-m-1685-CBS
                                Search Warrant Case Number     04-m-1720 to 1730
                                R 20/R 40 from District of

**Defendant Information:**

Defendant Name  PHIL ASARO                          Juvenile   ☐ Yes   ☒ No

Alias Name  _____

Address  _____

Birth date (Year only): ____   SSN (last 4 #): ____   Sex  M   Race:  Caucasian   Nationality: ____

Defense Counsel if known:  Kirk Griffin            Address:  50 Standford Street
                                                             Boston, MA 02114
Bar Number:

**U.S. Attorney Information:**

AUSA  Neil Gallagher                          Bar Number if applicable  _____

Interpreter:   ☐ Yes  ☒ No      List language and/or dialect:  _____

Matter to be SEALED:   ☐ Yes  ☒ No

☐ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

Arrest Date:  _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  MJ Swartwood      on  May 2004

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1 count

                 Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  3/23/05             Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     PHIL ASARO

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA       **Category No.** _____       **Investigating Agency** DEA/MSP

**City** Lynn/Peabody       **Related Case Information:**

**County** Essex
Superseding Ind./ Inf.   X       **Case No.** 04-10299-PBS
Same Defendant   x       New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** SILVESTRE LIZARDI       Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** ____  **SSN (last 4 #):** ____  **Sex** M  **Race:** Hispanic  **Nationality:** ____

**Defense Counsel if known:** Michael Sneider       **Address:** 95 Commercial Wharf
                                                                 Boston, MA 2110
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher       **Bar Number if applicable** _____

**Interpreter:**  ☒ Yes  ☐ No       **List language and/or dialect:** Spanish

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by MJ Swartwood  on May 2004

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05       **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant      SILVESTRE LIZARDI

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**    Category No.  II    Investigating Agency  DEA

**City**  Lynn           **Related Case Information:**

**County**  Essex        Superseding Ind./ Inf.  X        Case No.  04-10299 PBS
Same Defendant  x        New Defendant  _____
Magistrate Judge Case Number   04-M-1685 CBS
Search Warrant Case Number   04-M-1720 to 1730
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  ROBERT V. RUSCIO      Juvenile:  ☐ Yes   X No

Alias Name  _____

Address  286 NEWBURY ST., PEABODY, MA

Birthdate:  7/15/51   SS #  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   Sex: MALE   Race: White   Nationalit  USA

Defense Counsel if known:  Edward L. Hayden, Esq.   Address  7 Franklin St., Lynn, MA

Bar Number  _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher      Bar Number if applicable  _____

Interpreter:   ☐ Yes   X No    List language and/or dialect:  _____

Matter to be SEALED:   Yes   X No

\ Warrant Requested        X☐ Regular Process        In Custody

**Location Status:**

Arrest Date  _____

Already in Federal Custody as of  _____ in  _____
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
x On Pretrial Release:  Ordered by:  Mag. Judge Swartwood   on  _____

**Charging Document:**   Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    X☐ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05          Signature of AUSA:  _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERT V. RUSCIO

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 856 | MAINT. PLACE FOR DRUG PURPOSES | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   X    Case No.   04-10299-PBS
Same Defendant   x    New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** GIOVANI AVILA     Juvenile   ☐ Yes   ☒ No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** ___ **SSN (last 4 #):** ___ **Sex** M **Race:** Hispanic **Nationality:** ___

**Defense Counsel if known:** Michael Natola    **Address:** 240 Commerical Street, Ste 2B
Boston, MA 02109

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** Neil Gallagher     **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

### Location Status:

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by MJ Swartwood on May 2004

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty ___ ☐ Misdemeanor ___ ☒ Felony 1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05     **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    GIOVANI AVILA

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: __MA__     Category No. _____     Investigating Agency __DEA/MSP__

City __Lynn/Peabody__          Related Case Information:

County __Essex__          Superseding Ind./ Inf. __X__     Case No. __04-10299-PBS__
                         Same Defendant __x__     New Defendant _____
                         Magistrate Judge Case Number __04-m-1685-CBS__
                         Search Warrant Case Number __04-m-1720 to 1730__
                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GILBERTO ZAYAS__     Juvenile  ☐ Yes  ☒ No

Alias Name __Cumbia King, Tony__

Address _____

Birth date (Year only): ____  SSN (last 4 #): ____  Sex __M__  Race: __Hispanic__  Nationality: ____

Defense Counsel if known: __Raymond E. Gillespie__     Address: __875 Massachusetts Ave, Ste 32__
                                                                __Cambridge, MA 02139__
Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__          Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No          List language and/or dialect: __Spanish__

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by __MJ Swartwood__ on __May 2004__

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__          Signature of AUSA: _____