IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | NO. 04-10299-PBS |
| JOSE ROSALES, | ) | |
| | ) | |

**GOVERNMENT'S MOTION FOR AN ADDITIONAL SEVEN DAYS
TO PROVIDE PROBATION WITH A STATEMENT OF RELEVANT FACTS**

The United States respectfully moves this Court for an additional seven (7) days to provide Probation with a statement of relevant facts for defendant JOSE ROSALES. In support, the government submits the following:

1. On May 16, 2005, defendant ROSALES pled guilty pursuant to a plea agreement with the government. The court ordered the government to provide U.S. Probation with a statement of relevant facts and other Fed. R. Crim. P. 32(b)(4) materials by May 23, 2005.

2. The instant case involves a complicated fact pattern involving Title III interceptions over several different telephones used by ROSALES, controlled purchases of cocaine and surveillance. Because of the complex nature of the evidence, additional time is required to provide Probation with an accurate and complete statement of relevant facts.

3.      Furthermore, ROSALES is the first defendant in this multi-defendant indictment to plead guilty. Therefore, a comprehensive statement of facts would be beneficial to Probation.

                                               Respectfully submitted,

                                               MICHAEL J. SULLIVAN
                                               United States Attorney


By:     /s/ Neil J. Gallagher, Jr.
        Neil J. Gallagher, Jr.
        Assistant U.S. Attorney
        One Courthouse Way
        Boston, MA
        (617) 748-3397

Date: May 23, 2005