```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
                              )      CRIMINAL ACTION
     v.                       )
                              )      NO. 04-10299-06-PBS
JOSE ROSALES                  )
                              )
```

### UNITED STATES' ASSENTED TO MOTION TO CONTINUE SENTENCING UNTIL AFTER TRIAL

The United States respectfully moves this Court to continue sentencing for defendant JOSE ROSALES now scheduled for March 29, 2006 until after the trial in this matter currently set for July 10, 2006. In support, the government submits the following:

On May 16, 2005, defendant ROSALES pled guilty to the counts in which he was charged in the pending Second Superseding Indictment. As part of his plea agreement with the government, defendant agreed to testify at trial. There are currently seven defendants pending for trial on July 10, 2006. ROSALES will be a witness in this case.

The court should continue the sentencing in this matter for two reasons. First, there are large number of unresolved cases and a trial (with defendant as a witness) is anticipated. The Court should continue the sentencing until at least after the trial. This is necessary to allow the government to inform the Court about the full nature of defendant's cooperation, allow the court to view defendant's trial testimony and provide defendant with an opportunity to fulfill her obligations under the plea

agreement.

Second, if defendant is sentenced, he will most likely be sent to a Federal Correctional facility outside the District. This will make it extremely difficult for both the government and the defendant's attorney to consult with him regarding his ongoing cooperation. Furthermore, because of the complex nature of the evidence in this case, the government will need to have multiple meetings with defendant in order to prepare for trial.

Defendant, through his counsel, assents to the granting of this motion.

                                       Respectfully submitted,

                                       MICHAEL J. SULLIVAN
                                       United States Attorney

                By:       /s/ *Neil J. Gallagher, Jr.*
                                       Neil J. Gallagher, Jr.
                                       Assistant U.S. Attorney
                                       (617) 748-3397

Date: March 27, 2006